■ FAC CONTINENTAL LLC, Appellant, v YICKJING567 LLC, Respondent. (Appeal No. 2.) [910 NYS2d 397]—Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered October 14, 2009 in a breach of contract action. The order awarded defendant money damages in the amount of $15,000.

It is hereby ordered that the order so appealed from is unanimously reversed on the law without costs and the award of damages is vacated.

Same memorandum as in *FAC Cont. LLC v Yickjing567 LLC* (78 AD3d 1510 [2010] [decided herewith]). Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.